IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STEVEN MUHLE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **U.S. DEPARTMENT OF JUSTICE,** | ) |
| 950 Pennsylvania Ave, NW | ) |
| Washington, D.C. 20530 | ) |
| | ) |
| **FEDERAL BUREAU OF INVESTIGATION,** | ) |
| 935 Pennsylvania Ave, NW | ) |
| Washington, D.C. 20535 | ) |
| | ) |
| **Defendants.** | ) |

## COMPLAINT

1. Plaintiff STEVEN MUHLE brings this suit to force Defendants U.S. DEPARTMENT OF JUSTICE and FEDERAL BUREAU OF INVESTIGATION to produce records regarding Mr. Muhle's job application file.

### PARTIES

2. Plaintiff STEVEN MUHLE ("MUHLE") is the FOIA requester in this case.

3. Defendant U.S. DEPARTMENT OF JUSTICE ("DOJ") is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552.

4. Defendant FEDERAL BUREAU OF INVESTIGATION ("FBI") is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552. DOJ is the parent agency of FBI.

## JURISDICTION AND VENUE

5. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court. *See* 28 U.S.C. § 1331.

6. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## AUGUST 27, 2020 FOIA REQUEST TO FBI

7. On August 27, 2020, Plaintiff submitted a FOIA request to FBI for his job application file.

8. A true and correct copy of FBI's acknowledgement email, including the FOIA request submission, is attached as Exhibit 1.

9. On September 2, 2020, FBI sent a letter to MUHLE acknowledging receipt of the FOIA request and assigning reference number 1474633-000 to the matter.

10. A true and correct copy of FBI's letter is attached as Exhibit 2.

11. On May 22, 2022, MUHLE emailed FBI asking for a status update on the FOIA request.

12. On May 23, 2022, FBI replied in an email stating the request was "awaiting assignment to a Disclosure analyst" and provided an estimated date of completion of March 2023.

13. A true and correct copy of the correspondence is attached as Exhibit 3.

14. FBI did not send any further correspondence to Plaintiffs regarding this request.

15. As of the date of this filing, FBI has not issued a determination and has not produced any records.

## COUNT I – FBI'S FOIA VIOLATION

16. The above paragraphs are incorporated by reference.

17. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

18. Defendant FBI is a federal agency subject to FOIA.

19. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

20. Defendant FBI has failed to conduct a reasonable search for records responsive to the request.

21. Defendant FBI has failed to issue a complete determination within the statutory deadline.

22. Defendant FBI has failed to produce all non-exempt records responsive to the request.

**WHEREFORE**, Plaintiff asks the Court to:

i. declare that Defendants have violated FOIA;

ii. order Defendants to conduct a reasonable search for records and to produce the requested records promptly;

iii. enjoin Defendants from withholding non-exempt public records under FOIA;

iv. award Plaintiffs attorneys' fees and costs; and

v. award such other relief the Court considers appropriate.

Dated: August 14, 2023

RESPECTFULLY SUBMITTED,

*/s/ Matthew V. Topic*

Attorneys for Plaintiff
STEVEN MUHLE

Matthew Topic, D.C. Bar No. IL0037
Stephen Stich Match, D.C. Bar No. MA0044
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor

                Chicago, IL 60607
                312-243-5900
                foia@loevy.com